IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA LAZARTE,<br><br>  Plaintiff,<br>  v.<br><br>VELOCITY EXPRESS, et al.,<br><br>  Defendants. | No. C-13-5654 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL, ANSWER, AND OTHER FILINGS** |

On March 4, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant Velocity Express Leasing, Inc. to submit forthwith a chambers copy of the following documents:

1. Notice of Removal, filed December 6, 2013;

2. Answer to Complaint, filed December 12, 2013;

3. Response to Order to Show Cause, and declarations in support thereof, filed January 13, 2014; and

4. Joint Report of Rule 26(f) Conference, filed February 28, 2014.

**IT IS SO ORDERED.**

Dated: March 19, 2014


MAXINE M. CHESNEY
United States District Judge