IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELSA LAZARTE,

        Plaintiff,

  v.

VELOCITY EXPRESS, VELOCITY EXPRESS LEASING, INC.,

        Defendants.

No. C-13-5654 MMC

**ORDER DISCHARGING ORDER TO CAUSE**

     Before the Court is defendant Velocity Express Leasing, Inc.'s ("VEXL) "Response To Order To Show Cause Why Removal Is Proper," and declarations in support thereof, filed January 13, 2014.[1]  Having read and considered VEXL's response, the Court finds VEXL has sufficiently demonstrated that the amount in controversy exceeds the sum of $75,000, and that the parties are diverse in citizenship.

     Accordingly, the order to show cause filed December 31, 2013 is hereby DISCHARGED.

     **IT IS SO ORDERED.**

Dated: March 21, 2014

                             MAXINE M. CHESNEY
                             United States District Judge

---

[1] On March 4, 2014, the above-titled action was reassigned to the undersigned; on March 20, 2014, VEXL submitted chambers copies of its filings.