IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA LAZARTE,<br><br>      Plaintiff,<br><br>  v.<br><br>VELOCITY EXPRESS LEASING, INC., et al.,<br><br>      Defendants.<br>_____/ | No. C-13-5654 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

      On May 16, 2014, defendant Velocity Express Leasing, Inc. electronically filed its answer to plaintiff's First Amended Complaint. Defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendant is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

1 record any electronically-filed document of which a chambers copy has not been timely
2 provided to the Court.
3     **IT IS SO ORDERED.**

5 Dated: May 27, 2014

_____
MAXINE M. CHESNEY
United States District Judge