IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA LAZARTE,<br><br>        Plaintiff,<br>  v.<br><br>VELOCITY EXPRESS, et al.<br><br>        Defendants. | No. C-13-5654 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is the parties' Updated Joint Case Management Statement, filed May 28, 2014,[1] in which plaintiff and defendant Velocity Express Leasing, Inc. jointly request that the Case Management Conference be continued from May 30, 2014 to July 11, 2014, to afford plaintiff the opportunity to serve two recently added defendants.

Good cause appearing, the parties' request is GRANTED, and the Case Management Conference is hereby CONTINUED to July 11, 2014, at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than July 3, 2014.[2]

**IT IS SO ORDERED.**

Dated: May 29, 2014

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] The Court notes that the Statement is untimely. (See Doc. No. 20 (setting forth Court's order directing parties to file Statement no later than May 23, 2014).)

[2] The contents of the parties' next Statement shall be in accordance with the Standing Order for All Judges/Contents of Joint Case Management Statement, previously received by the parties (see Doc. No. 3), and shall not consist solely of "updates."