IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA LAZARTE,<br><br>      Plaintiff,<br><br>  v.<br><br>VELOCITY EXPRESS LEASING, INC., VELOCITY EXPRESS INC., VELOCITY EXPRESS, LLC.<br><br>      Defendants.<br>_____/ | No. C-13-5654 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF** |

Before the Court is the parties' Updated Joint Case Management Statement, filed July 8, 2014,[1] in which plaintiff and defendant Velocity Express Leasing, Inc. jointly request that the Case Management Conference be continued from July 11, 2014 to August 15, 2014, given that two recently served defendants have not answered or otherwise responded to the complaint.

---

[1] The Court notes that the joint statement is untimely, and, indeed, was not filed until after the Clerk contacted the parties to remind them of their obligation to file a joint statement. (See Order, filed May 29, 2014 (directing parties to file Joint Statement no later than July 3, 2014).) The Court further notes that this is the second occasion on which the parties have failed to file a timely joint statement and the second occasion on which the parties have filed a statement that is not in accordance with the Standing Order for All Judges/Contents of Joint Case Management Statement, previously received by the parties. (See id.) The parties are advised that future violations of the Court's orders may subject to the parties to sanctions.

Good cause appearing, the parties' request is GRANTED, and the Case Management Conference is hereby CONTINUED to August 15, 2014, at 10:30 a.m.  The parties shall file a Joint Case Management Statement no later than August 8, 2014.

Plaintiff is hereby DIRECTED to serve a copy of this order on the two recently served defendants and to file proof of such service no later than July 18, 2014.

**IT IS SO ORDERED.**

Dated:  July 9, 2014

MAXINE M. CHESNEY
United States District Judge

2