IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA LAZARTE, | No. C-13-5654 MMC |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE; DIRECTING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| v. | |
| VELOCITY EXPRESS LEASING, INC., VELOCITY EXPRESS INC., VELOCITY EXPRESS, LLC. | |
| Defendants. | |

Before the Court is the parties' Updated Joint Case Management Statement, filed June 23, 2015, in which plaintiff and defendants Velocity Express Leasing, Inc., and Velocity Express, LLC,[1] jointly request that the Further Status Conference, presently scheduled for June 26, 2015, be continued to August 14, 2015, in light of the parties' agreement to conduct private mediation by July 31, 2015.

Good cause appearing, the parties' request is GRANTED, and the Further Status Conference is hereby CONTINUED to August 14, 2015, at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than August 7, 2015.

The Court notes, however, that the present joint statement is untimely, and further notes that this is the third occasion on which the parties have failed to file a timely

---

[1] Defendant Velocity Express Inc. has not appeared.

statement. (See Order, filed July 9, 2014.)[2] The parties were previously advised that future violations of the Court's orders may subject to the parties to sanctions. (See id.) Accordingly, plaintiff and defendants are hereby DIRECTED to show cause, separately, in writing, and no later than July 2, 2015, why sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
MAXINE M. CHESNEY
United States District Judge

---

[2]Additionally, the parties, once again, did not file a joint statement until after the Clerk contacted the parties to remind them of their obligation to do so.