IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELSA LAZARTE,

      Plaintiff,

  v.

VELOCITY EXPRESS LEASING, INC., et al.,

      Defendants.
                                         /

No. C-13-5654 MMC

**ORDER DISCHARGING ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED**

      By order filed June 24, 2015, the Court directed plaintiff and defendants to show cause, separately, why sanctions should not be imposed for their third failure to file a timely case management statement. By order filed July 17, 2015, the Court, having received and reviewed separate responses from plaintiff and defendants, discharged the order to show cause as to defendants and afforded plaintiff leave to supplement her response. On July 31, 2015, plaintiff timely filed a supplemental response, in which plaintiff has provided a sufficient explanation for her participation in the late filing.

      Accordingly, the order directing plaintiff to show cause why sanctions should not be imposed is hereby DISCHARGED.

      **IT IS SO ORDERED.**

Dated: August 5, 2015

                                                   MAXINE M. CHESNEY
                                                   United States District Judge